TRUSTEES OF MADISON LODGE #93 F.&A.M. v.
DIVISION OF TAX APPEALS AND BOROUGH OF MADISON.

December 11, 1973. Petition for certification denied.

RAMAC EXPLOSIVES, INC. v.
DIRECTOR, DIVISION OF TAXATION.

December 11, 1973. Petition for certification granted. (See
125 *N. J. Super.* 154)

PETER OCHENKOWSKI, M. S. v. CORONA LIGHTING CORP.

December 11, 1973. Petition for certification denied.

M. A. STEPHEN CONSTRUCTION CO., INC. AND
SARK KAVOOKJIAN v. BOROUGH OF RUMSON.

December 11, 1973. Petition for certification denied. (See
125 *N. J. Super.* 67)

CARDELL, INC. v. TOWNSHIP OF MADISON.

December 11, 1973. Petition for certification denied.